USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENCHANTE ACCESSORIES INC.,

                Plaintiff,

      v.

HELEN OF TROY LTD.,

                Defendant.

No. 21-CV-7548 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 20, 2021, the Court scheduled an initial status conference in this case for November 19, 2021 at 2:45 p.m. Due to a scheduling conflict, that conference is hereby adjourned to November 19, 2021 at 10:30 a.m. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    November 12, 2021
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge