

Edward C. Wipper
17 State Street, Suite 4000
New York, New York 10004
Direct Dial: 646.593.7051
Fax: 646.798.8902
ewipper@beneschlaw.com

November 12, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
40 Foley Square
New York, NY 10007

        Re:   *Enchante Accessories Inc. v. Helen of Troy Ltd.*
               SDNY Civ Action No. 1:21-cv-07548 (RA)

Dear Judge Abrams:

      This law firm represents Plaintiff Enchante Accessories Inc. in the above-referenced lawsuit and writes to respectfully request an extension until Tuesday, November 16, 2021 to submit the parties' joint letter and proposed case management plan and scheduling order (the "Joint Submission"). Plaintiff's counsel received Defendant's response to Plaintiff's proposal at 2:58 PM today and believes that the parties may be able to reach further agreement on certain matters with a short extension. The original due date for the Joint Submission is November 12, 2021. No previous extensions have been requested and no other dates are affected.

      Defendant's counsel does not oppose this request. We thank the Court for its time and attention to this matter.

                                                  Respectfully submitted

                                                  BENESCH, FRIEDLANDER,
                                                    COPLAN & ARONOFF LLP

                                                  /s/ Edward C. Wipper

                                                 Edward C. Wipper

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 15, 2021